FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 APR 10 PM 12:48

CLERK'S OFFICE
AT GREENBELT

BY_____ BV _____DEPUTY

April 7, 2015

To whom this may concern:

I Takisha Cole am asking the courts to grant me the right to a new lawyer. My currant Court Appointed Lawyer, Timothy Mitchell is not representing me to the best of his ability. I have offered him information to use for my case and he has not. He has done no investigation into my case. I barely receive information regarding my case. I'm facing 8 years in jail for a crime I didn't commit, and I have the right to a speedy and fair trail. If he remains as my attorney I fear the worst in my case. He has shown that this case is not his priority. He has also sided with the US Attorney several times instead of representing me as a client. He has no plan nor is he prepping me for trail. I honestly believe that he is working with the US Attorneys office. The US Attorney, Mr. Mitchell, and I had a meeting and in this meeting they talked to me about how I could _not_ answer questions. Answering the questions to their liking would cause me to purger myself, and no lawyer would ask me to do that. My trail starts May 12, 2015; I request that Timothy Mitchell be removed from my case.

Sincerely,

*Takisha Cole*
CRIMINAL No. TDC-14-537

Takisha Cole
(202) 257-0544