**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
(301) 344-0627

April 17, 2015

Takisha Cole
608 Kensington Pl., NW
Washington, DC  20011

      Re:    Appointment of Counsel
             Case No.: TDC 14-0537

Dear Ms. Cole:

    This letter is to memorialize what occurred today, Friday, April 17, 2015 at your attorney inquiry hearing.  I have appointed the following attorney to replace Timothy Mitchell.  Mr. Mitchell has been excused with your consent from further involvement in your case.  Your new lawyer is:

           Gerald Ruter, Esq.
           8601 LaSalle Road, Suite 102
           Towson, MD  21286
           410-821-9500

    Mr. Ruter's fees and expenses will be paid by the court.

    By copy of this letter, I am notifying both Mr. Mitchell and the United States Attorney's Office of my action.

           Sincerely,

           William Connelly
           United States Magistrate Judge

cc:
Gerald Ruter, Esq.
Timothy Mitchell, Esq.
Deborah Johnston, AUSA
Ray McKenzie, AUSA
Maureen Essex, CJA Coordinating Attorney
Court File