CASE NUMBER: TDC 14-CR-0537
CASE NAME: United States of America v. Takisha Cole

IT IS APPARANT THAT OUR PANEL CAN NOT COME TO UNANIMOUS DECISION ON COUNTS 1, 2, 3. WE HAVE COME TO A CONCLUSION (UNANIMOUS) ON COUNT 4. WHAT IS OUR NEXT STEP — PLEASE ADVISE

**SIGNATURE REDACTED**

FILED
LOGGED
ENTERED
RECEIVED

JUL 23 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

JUROR NUMBER: **SIGNATURE REDACTED**

DATE: 7/23/15
TIME: 1:20

For Court Use Only:
Recv'd by: _____  DATE: _____  TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)

CASE NUMBER: TDC 14-CR-0537
CASE NAME: United States of America v. Takisha Cole

**SIGNATURE REDACTED** BEING PICKED UP @ 5PM AND MUST LEAVE. WE HAVE MADE PROGRESS AND I GUESS WE WILL HAVE TO COME IN ON FRIDAY

**SIGNATURE REDACTED**

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 2 3 2015

CLERK ... COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JUROR NUMBER: **SIGNATURE REDACTED**    DATE: 7/23/15   TIME: 4:50

For Court Use Only:
Recv'd by: _____    DATE: _____    TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)