UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

TAKISHA COLE,

Defendant.

Criminal Action No. TDC-14-0537

## VERDICT FORM

### Count One

1. How do you find the defendant, Takisha Cole, as to COUNT ONE (Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)?

   Guilty_____          Not Guilty_____

*If you find the defendant "Guilty" on Count One, please answer Question 2. If you find the defendant "Not Guilty" on Count One, please do **not** answer Question 2 and proceed to Question 3.*

2. If you find the defendant, Takisha Cole, guilty as to Count One, how do you find as to the amount of marijuana attributable to the defendant?

   100 kilograms or more                                          _____
   More than 50 kilograms but less than 100 kilograms             _____
   Less than 50 kilograms                                         _____

### Count Two

3. How do you find the defendant, Takisha Cole, as to COUNT TWO (Possession with Intent to Distribute Marijuana)?

   Guilty__✓_____          Not Guilty_____

### Count Three

4. How do you find the defendant, Takisha Cole, as to COUNT THREE (Use of a Communications Device to Facilitate a Drug Trafficking Offense)?

Guilty __✓__                                      Not Guilty _____

### Count Four

5. How do you find the defendant, Takisha Cole, as to COUNT FOUR (Receiving a Bribe by a Public Official)?

Guilty __✓__                                      Not Guilty _____

*If you find the defendant Guilty of Count Four, do **not** answer Question 6. Your Verdict Form is complete. If you find the defendant Not Guilty of Count Four, then answer Question 6.*

6. How do you find the defendant, Takisha Cole, as to the lesser included offense of accepting a gratuity by a public official?

Guilty _____                                 Not Guilty _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

7/24/15                                           **SIGNATURE REDACTED**
Date                                              Foreperson