CASE NUMBER: TDC 14-CR-0537
CASE NAME: United States of America v. Takisha Cole

NOTHING WE CAN SAY, SHOW, OR INFER CAN MAKE CERTAIN MEMBERS OF THE JURY CHANGE THEIR VOTES. WE HAVE HAD INTRICATE EXCHANGES SHOWING BOTH WRITTEN & PHYSICAL EVIDENCE, EXPLANATIONS OF SAID EVIDENCE, DISCUSSIONS ENFORCING SUCH SAID EVIDENCE. IT IS BECOMING AN INSULT TO BOTH ME & OTHER MEMBERS OF THE JURY THAT THIS LACK OF BEING ABLE TO LISTEN, COMPREHEND, AND CONNECT THE EVIDENCE TO THE ACTUAL EVENTS THAT WE ARE PRESENTED WITH. TEMPERS ARE BECOMING SHORT. I KNOW OF SEVERAL MEMBERS OF THE JURY WHO WILL HAVE TO MAKE SACRIFICES TO MAKE THE RETURN ON MONDAY.

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 2 4 2015
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JUROR NUMBER: Jur **SIGNATURE REDACTED**

DATE: Date 7/24/15
TIME: Time. 2:10

For Court Use Only:
Recv'd by: _____   DATE: _____   TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)

CASE NUMBER: TDC 14-CR-0537
CASE NAME: United States of America v. Takisha Cole

WE ARE READY
THANK YOU

SIGNATURE REDACTED

FILED
LOGGED ___ ENTERED
___ RECEIVED

JUL 24 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JUROR NUMBER: Juror Number.                    DATE: Date
                                                TIME: Time.

For Court Use Only:
Recv'd by: _____   DATE: _____   TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)