COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC 14-0537 – UNITED STATES OF AMERICA v. TAKISHA COLE

Yes, tape will be provided through the Deputy Clerk.

7/22/15
2:05 pm

Theodore D. Chuang
United States District Judge

COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC 14-0537 – UNITED STATES OF AMERICA v. TAKISHA COLE

- You may be dismissed when you receive this message. Please return at 9:00 a.m.

- You may not take the Jury Instructions with you.

Theodore D. Chuang
United States District Judge

7/22/15  4:50 pm

COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC 14-0537 – UNITED STATES OF AMERICA v. TAKISHA COLE

Please keep trying to reach a verdict on Counts 1, 2, and 3.

7/23/15
2:01 pm

Theodore D. Chuang
United States District Judge

## COURT'S RESPONSE TO JURORS' QUESTIONS

## DURING DELIBERATIONS

TDC 14-0537 – UNITED STATES OF AMERICA v. TAKISHA COLE

Thank you for the update. You are dismissed as of now. Please return at 9:00 a.m. on Friday, July 24, 2015.

7/23/2015
4:56 pm

Theodore D. Chuang
United States District Judge

COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC 14-0537 – USA v. Takisha Cole

The Court will receive your partial verdict. Please provide answers to the questions on the Verdict Form on which there is unanimous agreement.

Leave blank any remaining questions.

When you have completed the form, inform the bailiff by a separate note.

7/24/2015
3:26 pm

Theodore D. Chuang
United States District Judge